HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN T. HOPKINS, Bar # 294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
GREGORY SPARKS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:14-mj-00024-MJS |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING AND FOR DEFENDANT TO APPEAR BY VIDEO CONFERENCE ; ORDER THEREON** |
| vs. | |
| GREGORY SPARKS, | Date: December 2, 2014 |
| Defendant. | Time: 10:00 A.M. |
| | Judge: Hon. Michael J. Seng |

**IT IS HEREBY STIPULAT**ED by and between the parties hereto through their respective counsel, MATTHEW MC NEASE, Acting Legal Officer, counsel for the government, and MEGAN T. HOPKINS, Assistant Federal Defenders, counsel for the defendant, GREGORY SPARKS, that the date for revocation proceedings in this matter may be continued to December 2, 2014, or the soonest date thereafter that is convenient to the court. **The date currently set for revocation hearing is November 4, 2014. The requested new date is December 2, 2014, at 10:00 a.m.**

The parties also stipulate and thereby jointly move this Court to permit the defendant, GREGORY SPARKS, to waive his right to be personally present at his probation violation hearing, and instead appear by video conference from a United States District Court in the District of New Jersey. The parties make this request pursuant to Fed. R. Crim. P. 43(b)(2).

/ / /

-1-

1    Mr. Sparks is currently living in New Jersey and working full time.  It would pose a
2 considerable hardship for him to return to Yosemite in November.  Mr. Sparks requests that the
3 Court accept his waiver of his right to be personally present at the proceedings on December 2,
4 2014.  Mr. Sparks agrees that his interests shall be represented at all times by the presence of his
5 attorney of record, the Office of the Federal Defender for the Eastern District of California, the
6 same as if he were personally present.

                                              Respectfully submitted,

                                              BENJAMIN J. WAGNER
                                              United States Attorney

Dated:  November 3, 2014            */s/ Matthew McNease*
                                              MATTHEW McNEASE
                                              Acting Legal Officer
                                              National Park Service
                                              Yosemite National Park

Dated:  November 3, 2014            HEATHER E. WILLIAMS
                                              Federal Defender


                                              */s/ Megan T. Hopkins*
                                              MEGAN T. HOPKINS
                                              Assistant Federal Defender
                                              Attorneys for Defendant
                                              GREGORY SPARKS

# **O R D E R**

   Good cause appearing, the above stipulation to continue hearing and for defendant to appear via video conference in case No. 6:14-mj-00024-MJS is hereby accepted and adopted as the order of this Court.

IT IS SO ORDERED.

   Dated:   November 3, 2014             /s/ *Michael J. Seng*
                                              UNITED STATES MAGISTRATE JUDGE

-2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28